IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWESTERN GREYHOUND LINES, INC., ET AL.,<br><br>　　　　　　Defendants. | Civil Action No. 51-CV-2893-rhs |

## MOTION OF THE UNITED STATES TO TERMINATE LEGACY ANTITRUST JUDGMENT

　　The United States moves to terminate the judgment in the above-captioned antitrust case pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. As explained in the accompanying Memorandum in Support of the Motion of the United States to Terminate Legacy Antitrust Judgment, the United States has concluded that because of its age and changed circumstances since its entry, this decades-old judgment no longer serves to protect competition. The United States gave the public notice and the opportunity to comment on its intent to seek termination of the judgment in the above-captioned case; it received no comments opposing termination. For these and other reasons explained in the accompanying memorandum, the United States requests that this judgment be terminated.

Respectfully submitted,

Dated: June , 2019

_____/s/_____

Mark A. Merva

Antitrust Division
United States Department of Justice
450 Fifth Street, NW
Washington, DC 20530
Phone: (202) 616-1398
Email: mark.merva@usdoj.gov